FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 21 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-01529-PHX-JJT(DKD) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 21 U.S.C. § 963<br>(Conspiracy to Distribute Methamphetamine for Purposes of Unlawful Importation)<br>Count 1 |
| 1. Jose Juan Guadalupe Jacobo Regalado,<br>(Counts 1 through 5) | |
| 2. Alejandro Castillo Gastelum,<br>(Counts 1, 2 and 4) | 21 U.S.C. § 846<br>(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)<br>Count 2 |
| 3. German Ernesto Hernandez Perez, and<br>(Counts 1, 2 and 3) | |
| 4. Alejandro Castellanos Marquez,<br>(Counts 2 and 5) | 21 U.S.C. §§ 959(a) and 960(b)(1)(H)<br>(Distribution of Methamphetamine for Purposes of Unlawful Importation)<br>Count 3 |
| Defendants. | |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)<br>(Distribution and Possession with Intent to Distribute Methamphetamine)<br>Counts 4 and 5 |
| | 18 U.S.C. § 981,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

Beginning on an unknown date and continuing through on or about September 23,

2017, in the Republic of Mexico and the United States of America, the defendants JOSE JUAN GUADALUPE JACOBO REGALADO, ALEJANDRO CASTILLO GASTELUM and GERMAN ERNESTO HERNANDEZ PEREZ, did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to commit the following offense against the United States: to knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, intending, knowing and having reasonable cause to believe that such methamphetamine would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a) and 960(b)(1)(H).

All in violation of Title 21, United States Code, Section 963.

## COUNT 2

Beginning on an unknown date and continuing through on or about September 23, 2017, in the District of Arizona and elsewhere, the defendants JOSE JUAN GUADALUPE JACOBO REGALADO, ALEJANDRO CASTILLO GASTELUM, GERMAN ERNESTO HERNANDEZ PEREZ and ALEJANDRO CASTELLANOS MARQUEZ, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

On or about March 9, 2016, in the Republic of Mexico and the United States of America, the defendant, JOSE JUAN GUADALUPE JACOBO REGALADO and GERMAN ERNESTO HERNANDEZ PEREZ, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a

Schedule II controlled substance, intending, knowing and having reasonable cause to believe that such methamphetamine would be unlawfully imported into the United States.

In violation of Title 21, United States Code, Sections 959(a) and 960(b)(1)(H).

### COUNT 4

On or about July 20, 2017, in the District of Arizona and elsewhere, the defendants JOSE JUAN GUADALUPE JACOBO REGALADO and ALEJANDRO CASTILLO GASTELUM, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 5

On or about September 23, 2017, in the District of Arizona and elsewhere, the defendants JOSE JUAN GUADALUPE JACOBO REGALADO and ALEJANDRO CASTELLANOS MARQUEZ, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 through 5 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 5 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of,

- 3 -

such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 21, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/s/
LACY COOPER
Assistant U.S. Attorney

- 4 -